IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NYLA F. POTTER and LYNDELL R. POTTER,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>CLEAR RECON CORP. a California Corporation and BANK OF AMERICA N.A. a National Association,<br><br>　　　　Defendants. | Case No. 2:24-cv-01173-LK<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Kimberly Hood of Aldridge Pite, LLP hereby enters a NOTICE OF APPEARANCE on behalf of CLEAR RECON CORP. in the above entitled case and respectfully requests that all notices, pleadings, and further correspondence be addressed to her.

DATED this 2nd day of August, 2024.

　　　　　　　　　　ALDRIDGE PITE, LLP

　　　　　　　　By: */s/ Kimberly Hood*
　　　　　　　　　　KIMBERLY HOOD, WSBA No. 42903
　　　　　　　　　　Aldridge Pite, LLP
　　　　　　　　　　9311 SE 36th St. #207
　　　　　　　　　　Mercer Island, WA 98040
　　　　　　　　　　Tel: (206) 707-9603
　　　　　　　　　　Email: khood@aldridgepite.com
　　　　　　　　　　Attorneys for CLEAR RECON CORP.

NOTICE OF APPEARANCE
Page 1

Aldridge Pite, LLP
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 3333 Camino del Rio South, Suite 225, San Diego, CA 92108.

I hereby certify that on <u>August 5, 2024</u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Amanda Martin – <u>amanda@nwclc.org</u>
Arthur E Ortiz – <u>arthur@nwclc.org</u>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  5th   day of August, 2024, at San Diego, California.

*/s/ Anne E. Penaloza*
ANNE E. PENALOZA

NOTICE OF APPEARANCE
Page 2

Aldridge Pite, LLP
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600