1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                    **FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NYLA F. POTTER and LYNDELL R. POTTER, | Case No. 2:24-cv-01173-LK |
| Plaintiff, | CORPORATE DISCLOSURE STATEMENT FOR CLEAR RECON CORP. OF WASHINGTON |
| vs. | |
| CLEAR RECON CORP. a California Corporation and BANK OF AMERICA N.A. a National Association, | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 7.1, defendant Clear Recon Corp. of Washington certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/./././
/././
/././
/././
/././
/././

CORPORATE DISCLOSURE STATEMENT
Page 1

Aldridge Pite, LLP
The Ogden Building
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600

1. Clear Recon Corp. of Washington: There are no parent companies to identify and there are no publicly held companies that own any percentage of the party's stock.

ALDRIDGE PITE, LLP

Dated: September 10, 2024   By: /s/ Kimberly Hood
KIMBERLY HOOD, WSBA #42903
Aldridge Pite, LLP
9311 SE 36th St. #207
Mercer Island, WA 98040
Tel: (206) 707-9603
Email: khood@aldridgepite.com
Attorneys for Defendant
CLEAR RECON CORP.

CORPORATE DISCLOSURE STATEMENT
Page 2

Aldridge Pite, LLP
The Ogden Building
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 3333 Camino del Rio South, Suite 225, San Diego, CA 92108.

I hereby certify that on September 10, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Amanda Martin – amanda@nwclc.org, amanda.ecf1@gmail.com, arthur@nwclc.org, madeline@nwclc.org

Arthur E Ortiz – arthur@nwclc.org

Joseph T McCormick , III – jmccormick@wrightlegal.net, sadiska@wrightlegal.net

Kaitlyn R Jackson – Kaitlyn@Dimensionlaw.com, Jack2163@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  10th   day of September, 2024, at San Diego, California.

*/s/ Anne E. Penaloza*
ANNE E. PENALOZA

CORPORATE DISCLOSURE STATEMENT
Page 3

Aldridge Pite, LLP
The Ogden Building
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600