UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NYLA F. POTTER et al., <br><br>                    Plaintiffs, <br>       v. <br><br> CLEAR RECON CORP. et al, <br><br>                    Defendants. | CASE NO. 2:24-cv-01173-LK <br><br> ORDER RE: PLAINTIFFS' NOTICE OF REMOVAL |

      This matter comes before the Court on Plaintiffs' Notice of Removal. Dkt. No. 34. Plaintiffs seek to remove a case currently pending in the Superior Court of Washington for King County, captioned *Andy Investments, LLC v. Nyla Fern Potter et al.*, Cause No. 24-2-21833-5 SEA. For the reasons explained below, Plaintiffs' removal is procedurally defective.

      The proper procedure for removal of a case from state court to federal court "requires the party seeking removal to file notice of removal *in a newly instituted case* in federal court." *Mlotek v. Mlotek*, No. 10-CV-432, 2011 WL 441526, at *1 (N.D. Ohio Feb. 3, 2011) (emphasis added); *Hillsborough Cnty. Pub. Sch. v. Pennsylvania Manufacturers' Ass'n Ins. Co.*, No. 8:14-CV-811-T-23EAJ, 2014 WL 12705576, at *1 (M.D. Fla. May 13, 2014) (similar).

ORDER RE: PLAINTIFFS' NOTICE OF REMOVAL - 1

Plaintiffs may not remove a case into a previously existing federal case. Of course, a removing party may note that a newly removed matter is related to another currently pending action and seek a court order consolidating the two actions, but that does not excuse the obligation to initiate a new action. *See e.g.*, *Mlotek*, 2011 WL 441526, at *1 ; *Hillsborough Cnty. Pub. Sch*, 2014 WL 12705576, at *1.

Moreover, the removal notice does not attach a copy of the state court complaint as required by Local Civil Rule 101(b). *See generally* Dkt. No. 34-1.

The Court thus STRIKES Plaintiffs' Notice of Removal. Dkt. No. 34. Future violations of applicable law may result in sanctions.

Dated this 1st day of October, 2024.

Lauren King
United States District Judge